UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2006

at __1__ o'clock and __50__ min. __PM__
SUE BEITIA, CLERK

| | |
|---|---|
| CHERYL MARIE PERU,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>USS MISSOURI MEMORIAL ASSOCIATION, INC.; et al.,<br><br>Defendants - Appellees. | No. 05-15421<br>D.C. No. CV-04-00610-SPK<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 11/20/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 14 2006

by: [signature]
Deputy Clerk